Certificate Number: 17572-TXN-DE-038113970

Bankruptcy Case Number: 24-40149



17572-TXN-DE-038113970

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2024, at 8:51 o'clock AM PST, Rosita R Williams completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:   January 20, 2024

By:   /s/Judy Alexander

Name:   Judy Alexander

Title:   Counselor